UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONOVAN DARVILLE (#00570113)            CIVIL ACTION

VERSUS

JASON VERDIGETS, ET AL.            NO. 22-00208-BAJ-EWD

## RULING AND ORDER

Plaintiff, a pretrial detainee proceeding *pro se*, has sued Judge Jason Verdigets of the Twenty-Third Judicial District Court and Assistant District Attorney Leila Braswell of the Ascension Parish District Attorney's Office, alleging that his ongoing state prosecution for second degree murder suffers from various constitutional deficiencies. (Docs. 1, 6). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 9, the "R&R")**, recommending that Plaintiff's federal claims be dismissed as frivolous because Judge Verdigets and ADA Braswell are each absolutely immune from liability for damages for acts performed in the exercise of their official duties, and this Court lacks authority to enter injunctive relief directing state officials in the performance of their duties. The R&R further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 7th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**